

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Carmela Lynn Jackson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Nasa (Nato)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:22-cv-10039
Judge: Cox, Sean F.
MJ: Ivy, Curtis
Filed: 01-07-2022 At 09:52 AM
CMP CARMELA JACKSON V NASA, ET AL ( LG)

Jury Trial: ☐ Yes ☐ No
*(check one)*

## Complaint for a Civil Case

Carmela Jackson
1-7-22

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Carmela Lynn Jackson
- Street Address: 19474 Cliff
- City and County: Detroit
- State and Zip Code: Michigan 48234
- Telephone Number: (313) 918-5071
- E-mail Address: ceelcove@yahoo.com
  Carmela781@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
- Name: NaSa Headquarters Two Independence Square
- Job or Title (if known): Government offices Commercial offices
- Street Address: 300 Hidden Figures Way
- City and County: SW Washington, D.C.
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known): www.nasa.gov
  Public-inquiries@hq.nasa.gov

**Defendant No. 2**
- Name: Nato
- Job or Title (if known): is located at
- Street Address: Boulevard Leopold III
- City and County: 1110 Brussel, Belgium
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

- Name: Joe Biden
- Job or Title (if known): President
- Street Address: 1600 Pennsylvania Ave.
- City and County: N.W. Washington D.C.
- State and Zip Code: 20500
- Telephone Number: 1-(202) 456-1111
- E-mail Address (if known): PRESIDENT@WHITEHOUSE.GOV

Defendant No. 4

- Name: Barack Hussein Obama II
- Job or Title (if known): (Former President)
- Street Address: 2500 W. Golf Road Hoffman Estates
- City and County:
- State and Zip Code: IL. 60169-1114
- Telephone Number: (847) 252-5700
- E-mail Address (if known): obama.library@nara.gov

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3
- Name: Donald Trump
- Job or Title (if known): (Former President)
- Street Address: 725 5th Ave.
- City and County: New York
- State and Zip Code: NY 10022
- Telephone Number: (212) 832-2000
- E-mail Address (if known): www.donaldjtrump.com

Defendant No. 4
- Name: Michigan First Credit Union
- Job or Title (if known):
- Street Address: 27000 Evergreen Rd.
- City and County: Lathrup Village
- State and Zip Code: Michigan 48076
- Telephone Number: 1(800) 664-3828
- E-mail Address (if known): michiganfirstcredit.com

II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address

*(scribbled over)*

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 7
- Name: Huntington Corporate Trust
- Job or Title (if known):
- Street Address: 7 Easton Oval
- City and County: Columbus
- State and Zip Code: Ohio 43219
- Telephone Number: (614) 331-9801
- E-mail Address (if known): www.huntington.com

Defendant No. 8
- Name: Comerica Headquarters
- Job or Title (if known):
- Street Address: 1717 Main Street Comerica Tower MC 6578
- City and County: Dallas
- State and Zip Code: TX 75201
- Telephone Number: 1(214) 462-4000
- E-mail Address (if known): feedback@comerica.com

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Defendant No. 9**
- Name: JP Morgan Chase & Co (Banking Institution)
- Job or Title (if known):
- Street Address: 270 Park Ave
- City and County: New York
- State and Zip Code: New York 10017
- Telephone Number: (212) 270-6000
- E-mail Address (if known): www.jpmorganchase.com

**Defendant No. 10**
- Name: Bank of America
- Job or Title (if known):
- Street Address: Bullshit Ass too!
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.



Name
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Michigan Supreme Court
Job or Title (if known):
Street Address: 925 W. Ottawa St.
City and County: Lansing
State and Zip Code: Michigan 48915
Telephone Number: (517) 373-0120
E-mail Address (if known): Courts.michigan.gov

Defendant No. 2

Name: Missouri Supreme Court
Job or Title (if known):
Street Address: 207 West High Street
City and County: Jefferson City
State and Zip Code: Missouri 65101
Telephone Number: (573) 751-4144
E-mail Address (if known): www.courts.mo.gov

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

- Name: Wyoming Supreme Court Clerk
- Job or Title (if known):
- Street Address: 2301 Capitol Ave.
- City and County: Cheyenne
- State and Zip Code: WY. 82001
- Telephone Number: (307) 777-7316
- E-mail Address (if known): www.courts.state.wy.us.

Defendant No. 4

- Name: Supreme Court of Ohio
- Job or Title (if known):
- Street Address: 65 S. Front St.
- City and County: Columbus
- State and Zip Code: OH. 43215
- Telephone Number: (614) 387-9000
- E-mail Address (if known): www.supremecourt.ohio.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   

   Name
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 15
   Name: The Supreme Court of Texas
   Job or Title (if known):
   Street Address: 201 W. 14th St. STE 104
   City and County: Austin
   State and Zip Code: TX, 78711
   Telephone Number: (512) 463-1312
   E-mail Address (if known): www.txcourts.gov

   Defendant No. 16
   Name: Montana Supreme Court
   Job or Title (if known):
   Street Address: 301 S. Park Ave, 3rd Floor
   City and County: Helena
   State and Zip Code: MT, 59620
   Telephone Number: (406) 841-2957
   E-mail Address (if known): Courts.mt.gov

   2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 17

Name: Illinois Supreme Court
Job or Title (if known):
Street Address: 200 E. Capitol Ave
City and County: Springfield
State and Zip Code: Ill. 62701
Telephone Number: (217) 782-2035
E-mail Address (if known): www.illinoiscourts.gov

Defendant No. 18

Name: Florida Supreme Court
Job or Title (if known):
Street Address: 500 S. Duval St.
City and County: Tallahassee
State and Zip Code: FL. 32399
Telephone Number: (850) 488-0125
E-mail Address (if known): www.floridasupremecourt.org

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)

☐ Federal question   ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name ~~(scribbled out)~~
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1 **9**
   Name: Indiana Supreme Court
   Job or Title (if known):
   Street Address: 315 Indiana State House
   City and County: 200 W. Washington Street
   State and Zip Code: Indianapolis, In. 46204
   Telephone Number: (317) 232-2540
   E-mail Address (if known): Courts.in.gov

   Defendant No. 2 **O**
   Name: Arizona Supreme Court
   Job or Title (if known):
   Street Address: 1501 W. Washington St. #411
   City and County: Phoenix
   State and Zip Code: AZ. 85007
   Telephone Number: (602) 452-3300
   E-mail Address (if known): www.azcourts.gov

   2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 2 1

Name: (CPS) Child & Famil Services
Job or Title (if known):
Street Address: 1801 E. Canfield St.
City and County: Detroit
State and Zip Code: MI, 48207
Telephone Number: (313) 578-5100
E-mail Address (if known): www.michigan.gov

Defendant No. 2 2

Name: CPS Cut Bank Montana
Job or Title (if known):
Street Address: (I-2) 1210 E. Main
City and County: Cut Bank
State and Zip Code: MT, 59427
Telephone Number: (406) 873-5534
E-mail Address (if known): dphh.mt.gov

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
  Name
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address



B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 2 3
  Name: Eleanor Combs
  Job or Title (if known):
  Street Address: 300 Garnet Way
  City and County: Warm Spring
  State and Zip Code: MT 59756
  Telephone Number: (406) 693-7000
  E-mail Address (if known): dphh.mt.gov

Defendant No. 2 4
  Name: James Seymour
  Job or Title (if known): Peace officer
  Street Address: 512 East Main
  City and County: Cut Bank
  State and Zip Code: MT. 59427
  Telephone Number: (406) 444-3858 (406)873-5063
  E-mail Address (if known): www.glaciercounty.gov.com

2

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Carmela Lynn Jackson

**(b)** County of Residence of First Listed Plaintiff: 26163
*(EXCEPT IN U.S. PLAINTIFF CASES)*

## DEFENDANTS
Nasa (Nato)

County of Residence of First Listed Defendant: Washington, DC
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:22-cv-10039
Judge: Cox, Sean F.
MJ: Ivy, Curtis
Filed: 01-07-2022 At 09:52 AM
CMP CARMELA JACKSON V NASA, ET AL (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant (circled)
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment ✓
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans) ✓
- 153 Recovery of Overpayment of Veteran's Benefits ✓
- 160 Stockholders' Suits ✓
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [X] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**TORTS - PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
**Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding (circled)
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court — please see CV 2020-0928-44
- [X] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [X] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
The entire United States Constitution is illegal CODES

Brief description of cause: Everything being done to the people is illegal

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE: _____  DOCKET NUMBER: _____

DATE: 1-7-22
SIGNATURE OF ATTORNEY OF RECORD: Carmela Jackson

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JRSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

    Notes : _____